## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **FORT DEARBORN LIFE INSURANCE COMPANY,** | ) | Case No. 2:09-cv-653 |
| | ) | Judge Marbley |
| Plaintiff, | ) | Magistrate Judge Kemp |
| -vs- | ) | **CONSENT JUDGMENT** |
| **HAKIM A. HASHIM, JuWAN GREER, DeSHAWN THOMPSON, DOROTHY GREER, and FUNERAL FUNDING OF MICHIGAN,** | ) ) | |
| Defendants. | ) | |

This cause came on to be heard upon the representation of the parties that the respective claims of the Defendants to the $41,335.79 now on deposit with the clerk of courts in this action have been settled by agreement of the parties and that the clerk should disburse said funds in accordance with the agreement of the parties as follows:

1. Nine Thousand Dollars and Eighty Four Cents ($9,000.84) payable to Funeral Funding of Michigan, Inc, to be disbursed in care of its attorney of record, John F. Potts, 405 Madison Avenue, Suite 1010, Toledo, Ohio 43604.

2. Twenty One Thousand Five Hundred Forty-Nine Dollars and Ninety-seven Cents

($21,549.97) payable to JuWan Greer, DeShawn Thompson, and their attorney, John Curtis Alberti, to be disbursed in care of said attorney at J.C. Alberti Co., L.P.A., 525 N. Cleveland-Massillon Road, Akron, Ohio 44333.

3. Ten Thousand Seven Hundred Seventy-Four and Ninety-eight Cents ($10,774.98) payable to Hakim Hashim and his attorney, Robert C. Angell to be disbursed in care of said attorney at Angell Law Offices, LLC, 167 S. State Street, Suite 190, Westerville, Ohio 43081.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that the Clerk make disbursement of the funds on deposit in this cause to the respective Defendants in the amounts specified above, after deducting the registry fee in the amount of Ten Dollars ($10.00).

**IT IS FURTHER ORDERED AND ADJUDGED,** that each respective Defendant shall pay his, hers, or its own costs and attorney fees.

_____
United States District Judge

APPROVED AS TO FORM
AND CONTENT:

_____
John F. Potts (0033846)
Attorney for Defendant,
Funeral Funding of Michigan, Inc.

_____
Robert C. Angell (0066151)
Attorney for Defendant,
Hakim Hashim

_____
John C. Alberti (0011631)
Attorney for Defendants, JuWan Greer,
DeShawn Thompson and Dorothy Greer

2